# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

February 19, 2014

Taxed in Favor of: **Appellee Beverly Ballard**

| No.: 13-1445 | BEVERLY BALLARD,<br>Plaintiff - Appellee<br><br>v.<br><br>CHICAGO PARK DISTRICT,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cv-01740<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang ||

The mandate or agency closing letter issued in this cause on February 19, 2014.

BILL OF COSTS issued in the amount of: $100.80.

|   |   | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: _____ | _____ | _____ |
| 3. | For reproduction of briefs: | __$100.80___ | $100.80_____ |

4. _____ \_\_\_\_ \_\_\_\_
   _____ _____ _____
   _____

5. _____ _____ _____
   _____

      TOTAL:    $100.80

form name: **c7_BillOfCosts**(form ID: **140**)