# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Beverly Ballard, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 10-cv-01740 |
| Chicago Park District, | ) ) | Hon. Edmond E. Chang |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

WHEREAS, the Parties hereby stipulate to the dismissal, with prejudice and with each party to bear its own costs, of all claims asserted by the Parties in this Action, subject to reinstatement within 60 days of the date hereof if the separate Settlement Agreement is not executed or performed by both Parties.


Dated: September 29, 2014          /s/ Eugene K. Hollander
                                    Eugene K. Hollander
                                    The Law Offices of Eugene K. Hollander
                                    Attorneys for Plaintiff



Dated: September 25, 2014          /s/ Annette M. McGarry
                                    Annette M. McGarry
                                    McGarry & McGarry, LLC

                                    Attorneys for Defendant


109451

**PURSUANT TO THE PARTIES STIPULATION, IT IS SO ORDERED.**

DATED this _____ day of September, 2014.

                                                         _____
                                                         **Honorable Edmond E. Chang**
                                                         UNITED STATES DISTRICT COURT JUDGE