## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Beverly Ballard

                        Plaintiff,

v.                                                     Case No.: 1:10−cv−01740
                                                    Honorable Edmond E. Chang

Chicago Park District

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 29, 2014:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the stipulated dismissal and settlement, the case is dismissed without prejudice and with leave to reinstate by 12/01/2014, each side to bear its own fees and costs. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action of the Court. Status hearing of 09/30/2014 is vacated. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.